**WO**                                                                                   KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura L. Medley, | ) No. CV 08-718-PHX-MHM (DKD) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Lt. Gundy, | ) |
| Defendant. | ) |

Plaintiff Laura L. Medley, who is confined in the Maricopa County Lower Buckeye Jail, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. On April 24, 2008, Plaintiff filed an Amended Complaint. On May 2, 2008, Plaintiff filed a Motion for Preliminary Injunction. The Court will order Defendant to answer the Amended Complaint and respond to the Motion for Preliminary Injunction.

**I.    Application to Proceed *In Forma Pauperis* and Filing Fee**

Plaintiff's Application to Proceed *In Forma Pauperis* will be granted. 28 U.S.C. § 1915(a). Plaintiff must pay the statutory filing fee of $350.00. 28 U.S.C. § 1915(b)(1). The Court will assess an initial partial filing fee of $10.00. The remainder of the fee will be collected monthly in payments of 20% of the previous month's income each time the amount in the account exceeds $10.00. 28 U.S.C. § 1915(b)(2). The Court will enter a separate

**TERMPSREF**

1 Order requiring the appropriate government agency to collect and forward the fees according
2 to the statutory formula.

3 **II.     Statutory Screening of Prisoner Complaints**

4 The Court is required to screen complaints brought by prisoners seeking relief against
5 a governmental entity or an officer or an employee of a governmental entity.  28 U.S.C.
6 § 1915A(a).  The Court must dismiss a complaint or portion thereof if a plaintiff has raised
7 claims that are legally frivolous or malicious, that fail to state a claim upon which relief may
8 be granted, or that seek monetary relief from a defendant who is immune from such relief.
9 28 U.S.C. § 1915A(b)(1), (2).

10 **III.    Amended Complaint**

11 Plaintiff should note that an amended complaint supersedes the original complaint.
12 Ferdik v. Bonzelet, 963 F.2d 1258,1262 (9th Cir. 1992); Hal Roach Studios v. Richard Feiner
13 & Co., 896 F.2d 1542, 1546 (9th Cir. 1990).  After amendment, the original pleading is
14 treated as nonexistent.  Ferdik, 963 F.2d at 1262.  Thus, causes of action alleged in an
15 original complaint which are not alleged in an amended complaint are waived.  King v.
16 Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

17 Plaintiff names Lt. Gundy of the Maricopa County Sheriff's Office as Defendant to
18 the Amended Complaint. Plaintiff alleges two grounds for relief in the Amended Complaint:
19 (1) Plaintiff's Eighth Amendment rights were violated when Defendant placed her in a
20 medical cell where a male inmate across the hall has a full view of her cell, including the
21 toilet and shower; and (2) Defendant violated the Americans with Disabilities Act (ADA)
22 when he moved Plaintiff, who has multiple sclerosis and knee injuries, to a cell without ADA
23 compliant shower facilities.  Plaintiff seeks money damages.

24 Liberally construed these allegations adequately state a claim and the Court will
25 require Defendant to answer the Amended Complaint.

26 **IV.     Motion for Preliminary Injunction**

27 In her Motion for Preliminary Injunction, Plaintiff asks that the Court enter an
28 injunction requiring Defendant to transfer her to a cell that is not in view of male inmates.

The Court will require Defendant answer the Motion for Preliminary Injunction.

**V.    Warnings**

    **A.    Release**

Plaintiff must pay the unpaid balance of the filing fee within 120 days of her release. Also, within 30 days of his release, she must either (1) notify the Court that she intends to pay the balance or (2) show good cause, in writing, why she cannot. Failure to comply may result in dismissal of this action.

    **B.    Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

    **C.    Copies**

Plaintiff must serve Defendant, or counsel if an appearance has been entered, a copy of every document that she files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

    **D.    Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik, 963 F.2d at 1260-61 (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. #3) is **granted**.

(2) As required by the accompanying Order to the appropriate government agency, Plaintiff must pay the $350.00 filing fee and is assessed an initial partial filing fee of $10.00.

(3) The Clerk of Court must send Plaintiff a service packet including the Amended

TERMPSREF

- 3 -

1  Complaint (Doc. #1), Motion for Preliminary Injunction (Doc. #5), this Order, and both
2  summons and request for waiver forms for Defendant Grundy.

3      (4)     Plaintiff must complete and return the service packet to the Clerk of Court
4  within 20 days of the date of filing of this Order.  The United States Marshal will not provide
5  service of process if Plaintiff fails to comply with this Order.

6      (5)     If Plaintiff does not either obtain a waiver of service of the summons or
7  complete service of the Summons, Amended Complaint, and Motion for Preliminary
8  Injunction on Defendant within 120 days of the filing of the Complaint or within 60 days of
9  the filing of this Order, whichever is later, the action may be dismissed.  Fed. R. Civ. P. 4(m);
10 LRCiv 16.2(b)(2)(B)(I).

11     (6)     The United States Marshal must retain the Summons, a copy of the Amended
12 Complaint, a copy of the Motion for Preliminary Injunction, and a copy of this Order for
13 future use.

14     (7)     The United States Marshal must notify Defendant of the commencement of this
15 action and request waiver of service of the summons pursuant to Rule 4(d) of the Federal
16 Rules of Civil Procedure.  The notice to Defendant must include a copy of this Order.  The
17 Marshal must immediately file requests for waivers that were returned as undeliverable and
18 waivers of service of the summons.  If a waiver of service of summons is not returned by
19 Defendant within 30 days from the date the request for waiver was sent by the Marshal, the
20 Marshal must:

21     (a)     personally serve copies of the Summons, Amended Complaint, Motion
22 for Preliminary Injunction, and this Order upon Defendant pursuant to Rule 4(e)(2)
23 of the Federal Rules of Civil Procedure; and

24     (b)     within 10 days after personal service is effected, file the return of service
25 for Defendant, along with evidence of the attempt to secure a waiver of service of the
26 summons and of the costs subsequently incurred in effecting service upon Defendant.
27 The costs of service must be enumerated on the return of service form (USM-285) and
28 must include the costs incurred by the Marshal for photocopying additional copies of

1  the Summons, Amended Complaint, Motion for Preliminary Injunction or this Order
2  and for preparing new process receipt and return forms (USM-285), if required. Costs
3  of service will be taxed against the personally served Defendant pursuant to Rule
4  4(d)(2) of the Federal Rules of Civil Procedure, unless otherwise ordered by the
5  Court.

6  (8)  **If Defendant who agrees to waive service of the Summons and Amended Complaint, he must return the signed waiver forms to the United States Marshal, not the Plaintiff.**

9  (9)  Defendant must answer the Amended Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

12  (10)  Defendant must respond to the Motion for Preliminary Injunction (Doc. #5) within 10 days from the date of service of the Motion.

14  (11)  This matter is referred to Magistrate Judge David K. Duncan pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings.

16  DATED this 14th day of May, 2008.

_____
Mary H. Murguia
United States District Judge